**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 21, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS G. STERNBERG,

    Plaintiff,

  v.

THE WALT DISNEY COMPANY, et al.,

    Defendants.
_____/

No. C 05-03307 JF (RS)

**ORDER OF RECUSAL**
**RE:  REFERRED MATTERS**

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated: November 21, 2005

          /s/ Richard Seeborg
          RICHARD SEEBORG
          United States Magistrate Judge