1 | JAMES E. BEASLEY, JR., M.D., ESQ. (PA SBN 83282)
  | THE BEASLEY FIRM, LLC
2 | 1125 Walnut Street
  | Philadelphia, PA 19107
3 | Telephone: (215) 592-1000; Facsimile: (215) 592-8360
  | Email Address: jbj@beasleyfirm.com
4 | APPEARING *PRO HAC VICE*

5 | FREDERICK A. TECCE, ESQ. (PA SBN 47298)
  | MCSHEA\TECCE, P.C.
6 | The Bell Atlantic Tower – 28th Floor
  | 1717 Arch Street
7 | Philadelphia, PA 19103
  | Telephone: (215) 599-0800; Facsimile: (215) 599-0888
8 | Email Address: ftecce@mcshea-tecce.com
  | APPEARING *PRO HAC VICE*

9 | MARC N. BERNSTEIN (SBN 145837)
10 | THE BERNSTEIN LAW GROUP
   | One Embarcadero Center, Suite 2440
11 | San Francisco, CA 94111
   | Telephone: (415) 765-6633; Facsimile: (415) 283-4804
12 | Email Address: mbernstein@blgrp.com
   | LOCAL CO-COUNSEL

Attorneys for Plaintiff,
Dennis G. Sternberg, D.D.S.

**E-filed 12/16/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS G. STERNBERG, D.D.S., | Case No. C 05 3307 JF (HRL) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR COUNSEL TO PARTICIPATE IN CASE-MANAGEMENT CONFERENCE BY PHONE |
| vs. | |
| THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, WALT DISNEY PICTURES AND TELEVISION, PIXAR ANIMATION STUDIOS, BARRY BLUMBERG, and ANDREW STANTON, | |
| Defendants. | |

[Proposed] Order Granting Request to Participate in Case-Management Conference by Phone

1  Pursuant to Civil Local Rule 16-10(a), the Court GRANTS plaintiff's counsel's
2  request that James E. Beasley be allowed to participate by telephone in the upcoming
3  Case Management Conference, which is scheduled for Friday, December 16, 2005, at
4  10:30 a.m.  Plaintiff's counsel Marc N. Bernstein will appear in person.
5  IT IS SO ORDERED.

8  Dated: __12/14/05__     By: __/s/electronic signature authorized__
9                                              Hon. Jeremy Fogel
                                                United States District Court Judge

---

1

[Proposed] Order Granting Request to Participate in Case-Management Conference by Phone