1  IRELL & MANELLA LLP
   Steven A. Marenberg/101033 (smarenberg@irell.com)
2  Stephen Hasegawa/198472 (shasegawa@irell.com)     **E-filed 1/19/06**
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
4  Facsimile:   (310) 203-7199

5  Attorneys for Defendants

6  THE BEASLEY FIRM, LLC
   James E. Beasley, Jr., M.D./PA SBN 83282 (jbj@beasleyfirm.com)
7  1125 Walnut Street
   Philadelphia, PA 19107
8  Telephone:   (215) 592-1000
   Facsimile:   (215) 592-8360
9  Appearing *Pro Hac Vice*

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 | DENNIS G. STERNBERG, D.D.S, | Case No. C 05 3307 JF (HRL)
15 |         Plaintiff,          |
16 |    vs.                      | STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE OF FIRST, FOURTH, FIFTH, SIXTH, SEVENTH, AND EIGHTH CLAIMS AND CLAIMS ASSERTED AGAINST BLUMBERG, STANTON, AND WALT DISNEY PICTURES
17 | THE WALT DISNEY COMPANY, WALT DISNEY PICTURES, WALT DISNEY PICTURES AND TELEVISION, PIXAR ANIMATION STUDIOS, BARRY BLUMBERG, and ANDREW STANTON, |
18 |                             |
19 |                             |
20 |         Defendants.         | Judge:  Hon. Jeremy Fogel
   |                             | Ctrm:   3
   |                             | Date:   January 20, 2006
21 |                             | Time:   9:00 a.m.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

1436532    STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN CLAIMS

1  WHEREAS plaintiff Dennis G. Sternberg, D.D.S. ("Plaintiff") has filed a first amended
2  complaint ("First Amended Complaint") against defendants The Walt Disney Company, Walt
3  Disney Pictures and Television, Walt Disney Pictures, Pixar Animation Studios, Barry Blumberg,
4  and Andrew Stanton (collectively, "Defendants"); and

5  WHEREAS the First Amended Complaint asserts eight causes of action; and

6  WHEREAS Defendants have filed a Motion to Dismiss Plaintiff's First, Fifth, Sixth,
7  Seventh, and Eighth Claims, and the hearing on that Motion is scheduled for January 20, 2006;

8  WHEREAS Plaintiff wishes to dismiss with prejudice his First, Fourth, Fifth, Sixth,
9  Seventh, and Eighth Claims for relief and all claims as asserted against defendants Barry
10 Blumberg and Andrew Stanton; and

11 WHEREAS Defendants have informed Plaintiff that putative defendant Walt Disney
12 Pictures is a defunct or fictitious entity;

13 NOW THEREFORE, Plaintiff and Defendants, by and through their respective counsel,
14 hereby stipulate as follows:

15   1.   Plaintiff hereby dismisses with prejudice his First Claim (for Declaratory
16 Judgment), Fourth Claim (for Fraud and Deceit), Fifth Claim (for Breach of the Covenant of Good
17 Faith and Fair Dealing), Sixth Claim (for Breach of Confidence), Seventh Claim (for Unfair
18 Business Practices), and Eighth Claim (for Unjust Enrichment/Constructive Trust);

19   2.   Plaintiff further dismisses with prejudice all claims as asserted against defendants
20 Barry Blumberg and Andrew Stanton;

21   3.   In reliance on Defendants' statement that Walt Disney Pictures is a defunct or
22 fictitious entity, Plaintiff further dismisses with prejudice all claims against Walt Disney Pictures;

23   4.   Plaintiff continues to assert his Second Claim (for Copyright Infringement) against
24 defendants Pixar, The Walt Disney Company, and Walt Disney Pictures and Television and his
25 Third Claim (for Contributory Copyright Infringement) against defendants The Walt Disney
26 Company and Walt Disney Pictures and Television;

27   5.   The hearing on Defendants' Motion to Dismiss, scheduled for January 20, 2006,
28 shall be vacated, subject to the Court's approval; and

1    6.   Defendants Pixar, The Walt Disney Company, and Walt Disney Pictures and
2 Television shall have thirty days from the execution of this Stipulation by counsel for all parties to
3 answer the First Amended Complaint.

Dated: January 17, 2006          IRELL & MANELLA LLP
                                 Steven A. Marenberg
                                 Stephen Hasegawa


                                 By:            /s/
                                     Stephen Hasegawa
                                     Attorneys for Defendants

Dated: January 17, 2006          THE BEASLEY FIRM, LLC
                                 James E. Beasley, Jr., M.D.


                                 By:            /s/
                                     James E. Beasley, Jr., M.D.
                                     Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   1/19/06                 _____
                                 Hon. Jeremy Fogel
                                 Judge, United States District Court

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1436532

- 2 -

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN CLAIMS

1 **SIGNATURE ATTESTATION**

2   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
3 "conformed" signature (/s/) within this efiled document.

4
5 Dated: January 17, 2006                IRELL & MANELLA LLP
                                         Steven A. Marenberg
6                                        Stephen Hasegawa

7

8                                        By: _____/s/_____
9                                            Stephen Hasegawa
                                             Attorneys for Defendants

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

1436532    STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN CLAIMS