THE BEASLEY FIRM, LLC
James E. Beasley, Jr., M.D. (PA SBN 83282) (jbj@beasleyfirm.com)
1125 Walnut Street
Philadelphia, PA 19107
Telephone: (215) 592-1000
Facsimile: (215) 592-8360
APPEARING PRO HAC VICE

**E-filed 2/28/06**

THE BERNSTEIN LAW GROUP
Marc N. Bernstein/145837 (mbernstein@blgrp.com)
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone: (415) 765-6633
Facsimile: (415) 283-4804
LOCAL CO-COUNSEL

Attorneys for Plaintiff,
Dennis G. Sternberg, D.D.S.

IRELL & MANELLA LLP
Steven A. Marenberg/101033 (smarenberg@irell.com)
Stephen Hasegawa/198472 (shasegawa@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS G. STERNBERG, D.D.S, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY COMPANY, WALT DISNEY PICTURES AND TELEVISION, and PIXAR ANIMATION STUDIOS, <br><br> Defendants. | Case No. C 05 3307 JF (HRL) <br><br> JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE <br><br> Judge: Hon. Jeremy Fogel <br> Ctrm:  3 |

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)

STIPULATION OF DISMISSAL, WITH PREJUDICE

## STIPULATION

The Stipulation is made by and between Plaintiff Dennis Sternberg, D.D.S., and Defendants The Walt Disney Company ("TWDC"), Walt Disney Pictures and Television ("WDPT") and Pixar Animation Studios ("Pixar") (collectively, "Defendants").

WHEREAS, All parties agree to the Dismissal, with Prejudice, of this Action; and

WHEREAS, the parties have agreed that 17 U.S.C. §505 shall not be applied to this matter due to the agreement to settle the case;

The parties further stipulate that, within five days after the execution of this Stipulation, Plaintiff will return to counsel for Defendants all documents (and all copies of documents) marked "CONFIDENTIAL" in Defendants' production of documents."

NOW, THEREFORE, pursuant to F.R.C.P. 41, and Northern District Civil Local Rule 77-2, the parties hereby stipulate that this matter is hereby DISMISSED, WITH PREJUDICE.

IT IS SO STIPULATED.

Dated: _____

IRELL & MANELLA LLP
Steven A. Marenberg
Stephen Hasegawa

By: _____
Stephen Hasegawa
Attorneys for Defendants

Dated: 27 Feb 2006

THE BEASLEY FIRM, LLC
James E. Beasley, Jr.

By: *[signature]*
James E. Beasley, Jr.
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/27/06

_____
Hon. Jeremy Fogel
Judge, United States District Court

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)

## STIPULATION

The Stipulation is made by and between Plaintiff Dennis Sternberg, D.D.S., and Defendants The Walt Disney Company ("TWDC"), Walt Disney Pictures and Television ("WDPT") and Pixar Animation Studios ("Pixar") (collectively, "Defendants").

WHEREAS, All parties agree to the Dismissal, with Prejudice, of this Action; and

WHEREAS, the parties have agreed that 17 U.S.C. §505 shall not be applied to this matter due to the agreement to settle the case;

The parties further stipulate that, within five days after the execution of this Stipulation, Plaintiff will return to counsel for Defendants all documents (and all copies of documents) marked "CONFIDENTIAL" in Defendants' production of documents."

NOW, THEREFORE, pursuant to F.R.C.P. 41, and Northern District Civil Local Rule 77-2, the parties hereby stipulate that this matter is hereby DISMISSED, WITH PREJUDICE.

IT IS SO STIPULATED.

Dated: February 24, 2006

IRELL & MANELLA LLP
Steven A. Marenberg
Stephen Hasegawa

By: /s/ Stephen Hasegawa
Stephen Hasegawa
Attorneys for Defendants

Dated: February 24, 2006

THE BEASLEY FIRM, LLC
James E. Beasley, Jr.

By: /S/
James E. Beasley, Jr.
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
Hon. Jeremy Fogel
Judge, United States District Court

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE